## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ERIC JON PHELPS,

                        Plaintiff,                  CIVIL ACTION NO. 1:22-CV-00271

    v.

                                          (MEHALCHICK, M.J.)

SECRETARY OF TREASURY,

                        Defendant.

## ORDER

**AND NOW**, for the foregoing reasons, on this 14th day of March 2022, **IT IS HEREBY ORDERED** that:

1. Phelps's motions to seal (Doc. 5; Doc. 6; Doc. 10) are **DENIED**. The case record shall be **UNSEALED**.

2. Phelps's "motion for the Court to order service of process by a marshal of the United States" (Doc. 7) is **DENIED**.

3. Phelps's "motion for the Court to sit in Article III judicial power to provide civilian due process of law in 'Old' American Exclusive Equity Jurisdiction in Chambers" (Doc. 8) is **DENIED**.

4. The Clerk of Court is directed to issue summons and provide to Phelps for service upon the Secretary of the Treasury.

                                     **BY THE COURT:**

                                  *s/ Karoline Mehalchick*
                                  **KAROLINE MEHALCHICK**
                                  **Chief United States Magistrate Judge**